Bruce W. Brewer, OSB No. 925581
brucebrewerusdccases@gmail.com
PO Box 421 West Linn, OR 97068
503-621-6633
Attorney for plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | | |
|---|---|---|
| **CHARMAYNE GARCIA,** | ) | |
| | ) | Case No. 3:21-cv-00294-JR |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **COMMISSIONER,** | ) | |
| of Social Security Administration, | ) | |
| | ) | |
| **Defendant.** | ) | |

     Plaintiff prevailed, the parties have stipulated, and it is therefore ORDERED that Defendant shall pay an attorney fee under the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $7,120.39. It is ORDERED further that, if there is no offsetable debt under *Astrue v. Ratliff,* 560 U.S. 586 (2010), Defendant shall pay the fee directly to Plaintiff's attorney, by check made payable to Bruce Brewer, and shall send it to him at his business address: PO Box 421, West Linn, OR 97068.  If offsetable debt exists pursuant to *Ratliff*, then it is ORDERED that the check for any remaining funds after

1-ORDER (EAJA)

offset of the debt shall be made payable to Plaintiff and mailed to Plaintiff's attorney at the address stated above.

It is so ORDERED this __28__, day of December, 2022.

_____
The Honorable Jolie A. Russo
U.S. Magistrate Judge

Prepared by:
Bruce Brewer OSB #925581
PO Box 421
West Linn, OR 97068
503-621-6633

2-ORDER (EAJA)